**02D03-2304-CT-000269**
Filed: 4/12/2023 2:41 PM
Clerk
Allen Superior Court
Allen County, Indiana
BB

USDC IN/ND case 1:23-cv-00216-HAB-SLC   document 3   filed 04/12/23   page 1 of 5

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO._____ |

|  |  |
|---|---|
| NICHOLAS SHANYFELT, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CITY OF FORT WAYNE and | ) |
| MASON WILLS, | ) |
|  | ) |
| Defendants. | ) |

## <u>COMPLAINT</u>

Plaintiff, by counsel, alleges against Defendants that:

1. The Plaintiff is Nicholas Shanyfelt who had his legal representative file a Notice of Tort Claim with the City of Fort Wayne on October 6, 2021, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A".

2. Defendant City of Fort Wayne is a municipality organized under, and operating pursuant to, the laws of the State of Indiana.

3. Defendant Officer Mason Wills (#1959F) is a law enforcement officer for the City of Fort Wayne, and was acting as a person under color of law pursuant to the laws, regulations, and ordinances of the State of Indiana and City of Fort Wayne when he initiated a traffic stop of Plaintiff's vehicle without probable cause and then searched Plaintiff's vehicle without probable cause and without consent, falsely arresting and falsely imprisoning the Plaintiff and violating Plaintiff's rights under the Fourth Amendment of the United States Constitution which prohibits unreasonable search and

–1–

**EXHIBIT A**

seizure and false arrest.

4. Defendant Wills, after searching Plaintiff's vehicle without a warrant, probable cause, and without consent of the Plaintiff, opened up the locked center console and found a gun belonging to Plaintiff's father (who was the owner of the vehicle) and charged Plaintiff with carrying a handgun without a license, a charge that was dismissed the next day on May 11, 2021.   Plaintiff prevailed on the merits of that criminal charge. Defendants maliciously prosecuted the Plaintiff in bringing that charge.

5. Plaintiff brings this claim, in part, under 42 U.S.C. § 1983, as well as the Fourth Amendment, and the tort laws of the State of Indiana.

6. At all material times, Defendant Wills was operating under color of law when he unlawfully and unconstitutionally searched Plaintiff and Plaintiff's vehicle and seized and falsely arrested the Plaintiff.

7. Plaintiff was damaged and harmed by Defendants' conduct in that he was falsely accused of a crime, falsely arrested, and unlawfully searched and seized in violation of the Fourth Amendment and the tort laws of the State of Indiana, and suffered emotional distress, mental anguish, loss of freedom, loss of liberty, humiliation, and embarrassment.

8. Defendants acted intentionally and in reckless disregard of Plaintiff's federally protected rights warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendants for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## **JURY DEMAND**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:     (260) 424-0600
Facsimile:      (260) 424-0712
E-mail:         cmyers@myers-law.com
Counsel for Plaintiff

–3–

02D03-2304-CT-000269

Filed: 4/12/2023 2:41 PM
Clerk
Allen County, Indiana
BB

Allen Superior Court

USDC IN/ND case 1:23-cv-00216-HAB document 3 filed 04/12/23 page 4 of 5

# Myers ♦ Smith ♦ Wallace

LAW OFFICES

809 S. Calhoun Street, Suite 400 ♦ Fort Wayne, IN 46802

(260) 424-0600 ♦ (260) 424-0712

| | |
|---|---|
| CHRISTOPHER C. MYERS | cmyers@myers-law.com |
| ILENE M. SMITH | ismith@myers-law.com |
| NICHOLAS F. WALLACE | nwallace@myers-law.com |

October 6, 2021

Mayor Tom Henry
City of Fort Wayne
200 E. Berry Street, 4th Floor
Fort Wayne, IN 46802

## TORT CLAIM NOTICE

Dear Mr. Henry:

Please be advised that I represent Claimant Nicholas H. Shanyfelt. This is Mr. Shanyfelt's Notice of Tort Claim to the City of Fort Wayne.

### Date, Time, Place and Circumstances of the Loss:

On May 10, 2021, Mr. Shanyfelt drove his father's vehicle to a Marathon Gas Station in the area of E. Washington Boulevard in Fort Wayne. While at the Marathon, Claimant entered and made a purchase, and then exited and began pumping gas into his vehicle. After Claimant was finished pumping gas, he got into his car and drove away from the Marathon Gas Station. At that point, Fort Wayne Police Officer Mason Wills initiated a traffic stop of Claimant's vehicle. Claimant promptly pulled over and at no time attempted to flee or evade Officer Wills.

Claimant and his passenger were ordered out of the vehicle and searched. No weapons or drugs were located on either of them. At about that same time, additional officers arrived on the scene of the traffic stop. With no warrant, permission, or probable cause, Officer Wills and other Fort Wayne Police Officers searched Claimant's vehicle.

A revolver belonging to the Claimant's father (who was also the owner of the vehicle) was located in a locked center console. Claimant had no idea what was in the center console, because his father kept it locked. The Officers opened the center console by breaking it open, since Claimant did not have the key to open it.

Claimant was initially charged with carrying a handgun without a license. On May 11, 2021, that charge was dismissed.

Claimant contends that Fort Wayne Police Officers subjected him to a vehicle stop without

Ex. A

*MYERS SMITH WALLACE, LLP*
*Law Offices*

Re:     Tort Claim Notice of Nicholas Shanyfelt

October 6, 2021

probable cause or reasonable suspicion to believe he had committed a crime. Claimant also contends that the vehicle was searched without any probable cause, a judicial warrant, exigent circumstances, or any legal justification whatsoever for performing the search. Claimant was subjected to an unreasonable search and seizure that constituted false arrest and false imprisonment, as well as trespass under Indiana law.

**Names of All Persons Involved (If Known):**

Nicholas H. Shanyfelt
Kaiden Stefanski
Officer Mason Wills
John/Jane Doe Fort Wayne Police Officers

**Damages:**

Claimant suffered the loss of liberty, inconvenience, embarrassment, emotional distress, mental anguish, and other damages and injuries. Claimant seeks compensatory damages, punitive damages, and reasonable attorney's fees and costs in whatever amount a judge and jury deem appropriate.

**Residence of Claimant at the Time of the Loss and at the Time of the Filing of This Notice:**

532 Prospect Avenue, Fort Wayne, IN 46805

Very Truly Yours,

**MYERS ♦ SMITH ♦ WALLACE, LLP**

Christopher C. Myers

CCM/js